1  Gary M. Messing, Bar No. 75363
     gary@majlabor.com
2  Jason H Jasmine, Bar No. 215757
     jason@majlabor.com
3  Monique Alonso, Bar No. 127078
     monique@majlabor.com
4  **MESSING ADAM & JASMINE LLP**
   980 9th Street, Suite 380
5  Sacramento, California 95814
   Telephone:   916.446.5297
6  Facsimile:   916.448.5047

7  Attorneys for Defendant
   FRESNO DEPUTY SHERIFF'S ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LATANA M. CHANDAVONG and NENG HER, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO DEPUTY SHERIFF'S ASSOCIATION; COUNTY OF FRESNO, <br><br> Defendants. | Case No. 1:21-cv-00675-AWI-EPG <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** <br><br> **(ECF No. 30)** |

## **STIPULATION**

WHEREAS, plaintiffs filed their "Third Amended Complaint" on May 13, 2021;

WHEREAS, defendants' deadline to file a response to the Third Amended Complaint is May 27, 2021;

WHEREAS, the parties have agreed to a 90-day extension of time within which the Fresno Deputy Sheriff's Association (FDSA) and the County of Fresno (County) may respond to the Third Amended Complaint;

/ / /

/ / /

/ / /

1     IT IS THEREFORE HEREBY STIPULATED by and between plaintiffs, the FDSA, and the County, and an order of this Court is requested, that the FDSA and County's deadline to respond to the Third Amended Complaint be extended to August 25, 2021.

Dated: May 24, 2021      MESSING ADAM & JASMINE LLP

By      */s/ Monique Alonso*
         Gary M. Messing
         Jason H Jasmine
         Monique Alonso
         Attorneys for Defendant
         FRESNO DEPUTY SHERIFF'S ASSOCIATION

Dated: May 24, 2021      COUNTY OF FRESNO

By      */s/ Catherine E. Bashamn*
         Daniel C. Cederborg, County Counsel
         Catherine E. Basham, Chief Deputy County Counsel
         Attorneys for Defendnat
         COUNTY OF FRESNO

Dated: May 26, 2021      MITCHELL LAW PLLC

By      */s/ Jonathan Mitchell*
         Jonathan Mitchell
         Attorneys for Plaintiffs
         LATANA M. CHANDAVONG , et al.

**ATTESTATION OF E-FILED SIGNATURE**

    I, Monique Alonso, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Deadline For Defendants Fresno Deputy Sheriff's Association and County of Fresno to Respond to Plaintiffs' Third Amended Complaint.  In

compliance with Local Rule 131(e), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 26, 2021

*/s/ Monique Alonso*
Monique Alonso

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation filed on May 26, 2021, (ECF No. 30), and good cause |
| 3 | appearing, IT IS HEREBY ORDERED that Defendants Fresno Deputy Sheriff's Association and |
| 4 | County of Fresno shall file a response to the third amended complaint on or before August 25, |
| 5 | 2021. |

IT IS SO ORDERED.

Dated: **June 1, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE