1  Gary M. Messing, Bar No. 75363
     gary@majlabor.com
2  Jason H Jasmine, Bar No. 215757
     jason@majlabor.com
3  Monique Alonso, Bar No. 127078
     monique@majlabor.com
4  **MESSING ADAM & JASMINE LLP**
   980 9th Street, Suite 380
5  Sacramento, California 95814
   Telephone:   916.446.5297
6  Facsimile:   916.448.5047

7  Attorneys for Defendant
   FRESNO DEPUTY SHERIFF'S ASSOCIATION
8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

11

12 | LATANA M. CHANDAVONG and NENG HER, | Case No. 1:21-cv-00675-AWI-EPG |
   |---|---|
   | Plaintiffs, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT FRESNO DEPUTY SHERIFF'S ASSOCIATION TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |
   | v. | |
   | FRESNO DEPUTY SHERIFF'S ASSOCIATION; COUNTY OF FRESNO, | |
   | Defendants. | **(ECF No. 33)** |

19  **STIPULATION**

20  WHEREAS, plaintiffs filed their "Third Amended Complaint" on May 13, 2021;

21  WHEREAS, defendants' deadline to file a response to the Third Amended Complaint was

22  May 27, 2021;

23  WHEREAS, the parties agreed to a 90-day extension of time within which the

24  Fresno Deputy Sheriff's Association (FDSA) and the County of Fresno (County) may respond to

25  the Third Amended Complaint;

26  WHEREAS, plaintiffs and the FDSA agree to a further one week extension of time within

27  which the FDSA may respond to the Third Amended Complaint;

28  / / /

1  IT IS THEREFORE HEREBY STIPULATED by and between plaintiffs and the FDSA,
2 and an order of this Court is requested, that the FDSA's deadline to respond to the Third Amended
3 Complaint be extended to September 1, 2021.

4 Dated: August 26, 2021                         MESSING ADAM & JASMINE LLP

By       */s/ Monique Alonso*
Gary M. Messing
Jason H Jasmine
Monique Alonso
Attorneys for Defendant
FRESNO DEPUTY SHERIFF'S ASSOCIATION

Dated: August __, 2021                          MITCHELL LAW PLLC

By       */s/ Jonathan Mitchell*
Jonathan Mitchell
Attorneys for Plaintiffs
LATANA M. CHANDAVONG , et al.

### ATTESTATION OF E-FILED SIGNATURE

I, Monique Alonso, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Deadline For Defendants Fresno Deputy Sheriff's Association and County of Fresno to Respond to Plaintiffs' Third Amended Complaint.  In compliance with Local Rule 131(e), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 26, 2021

       */s/ Monique Alonso*
Monique Alonso

**ORDER**

Pursuant to the parties' stipulation filed on August 26, 2021, (ECF No. 33), and good cause appearing, IT IS HEREBY ORDERED that Defendant Fresno Deputy Sheriff's Association shall file a response to the third amended complaint on or before September 1, 2021.

IT IS SO ORDERED.

Dated:   **August 27, 2021**                                  /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE