UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANA M. CHANDAVONG, et al., | Case No. 1:21-cv-00675-AWI-EPG |
| Plaintiffs, | |
| v. | ORDER GRANTING MOTION TO RESCHEDULE THE STATUS CONFERENCE |
| FRESNO DEPUTY SHERIFF'S ASSOCIATION, et al., | |
| Defendants. | (ECF No. 37) |

This matter is before the Court on the request of Defendant Fresno Deputy Sheriff's Association (FDSA) to reschedule the status conference currently set for September 22, 2021. (ECF No. 37). Because "[a] request for a court order must be made by motion" under Federal Rule of Civil Procedure 7(b)(1), the Court construes the request as a motion to reschedule the status conference.

As grounds, the construed motion states that "the attorney primarily responsible for handling this matter on behalf of the FDSA, is currently out of the country" and "she is expected to return on September 23, 2021, the day after the scheduled September 22, 2021 Status Conference in this matter." (ECF No. 37, p. 1). FDSA represents that the other parties in this case have no objection in rescheduling the conference until counsel returns and requests a date no sooner than October 6, 2021.

Being sufficiently advised, IT IS ORDERED as follows:

1. The motion to reschedule the status conference (ECF No. 37) is granted;

2. The status conference currently set for September 22, 2021, is rescheduled for October 6, 2021, at 10:30 a.m. To appear telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453; and

3. The parties are directed to confer in advance of the status conference and jointly prepare a proposed case schedule for the remainder of this case, including therein any disagreements they have. The proposed schedule shall be shall be electronically filed in CM/ECF no later than October 1, 2021, and shall also be emailed in Word format by that same date to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **September 9, 2021**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE