UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANA M. CHANDAVONG, et al., | Case No. 1:21-cv-00675-AWI-EPG |
| Plaintiffs, | |
| v. | ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR SUBMITTING JOINT PROPOSED CASE SCHEDULE |
| FRESNO DEPUTY SHERIFF'S ASSOCIATION, et al., | |
| Defendants. | (ECF No. 52) |

On October 6, 2021, the Court ordered the parties to file, no later than fourteen days after a decision by the District Judge on the motion for judgment on the pleadings (to the extent that any claims remain), a joint status report including a joint case schedule going forward. (ECF No. 41). The District Judge denied the motion for judgment on the pleadings on April 25, 2022, and the parties filed a joint motion on May 10, 2022, requesting an extension until June 8, 2022, to submit a joint proposed case schedule so that they could focus their efforts on settlement. (ECF Nos. 47, 48, 49). On May 11, 2022, the Court granted the motion for extension of time. (ECF No. 50).

On June 6, 2022, the parties filed another motion for extension of time to submit a joint proposed case schedule. (ECF No. 52). Again requesting an extension to focus on settlement discussions, the parties request to have until July 8, 2022, to submit a joint proposed schedule.

1  (ECF No. 52).

2      Finding good cause for an extension, IT IS ORDERED that the parties' joint motion to
3  extend the deadline for submitting a joint proposed case schedule (ECF No. 52) is granted. By no
4  later than July 8, 2022, the parties shall file a joint status report including a joint case schedule
5  going forward.

7  IT IS SO ORDERED.

8     Dated:  **June 6, 2022**              /s/ Erica P. Grosjean
9                                                  UNITED STATES MAGISTRATE JUDGE