UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANA M. CHANDAVONG, et al., | Case No. 1:21-cv-00675-AWI-EPG |
| Plaintiffs, | |
| v. | ORDER GRANTING JOINT MOTION TO VACATE REQUIREMENT TO SUBMIT JOINT PROPOSED CASE SCHEDULE |
| FRESNO DEPUTY SHERIFF'S ASSOCIATION, et al., | |
| Defendants. | (ECF No. 55) |

On October 6, 2021, the Court ordered the parties to file, no later than fourteen days after a decision by the District Judge on the motion for judgment on the pleadings (to the extent that any claims remain), a joint status report including a joint case schedule going forward. (ECF No. 41). The District Judge denied the motion for judgment on the pleadings on April 25, 2022. (ECF No. 47). Thereafter, the Court granted the parties two extensions to submit a joint proposed case schedule so that they could focus their efforts on settlement. (ECF Nos. 50, 53).

This matter is now before the Court on the parties' joint status report and joint motion to vacate the requirement that they submit a joint proposed schedule. (ECF Nos. 54, 55). Both filings report that the parties "have reached a tentative settlement" and request that this Court vacate the requirement for them to submit a joint proposed case schedule. Additionally, the parties state that they expect finalizing their settlement agreement by the end of the month.

1

In light of the parties' tentative settlement, IT IS ORDERED that the parties' joint motion to vacate the requirement for them to submit a joint proposed case schedule (ECF No. 55) is granted. By no later than July 28, 2022, the parties shall file an appropriate dispositional document to close this case. *See* Local Rule 160(b).

IT IS SO ORDERED.

Dated:   **July 11, 2022**                         /s/ *Erica P. Grosjean*
                                                           UNITED STATES MAGISTRATE JUDGE