# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANA M. CHANDAVONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO DEPUTY SHERIFF'S ASSOCIATION, et al., <br><br> Defendants. | Case No. 1:21-cv-00675-AWI-EPG <br><br> ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT DISPOSITIONAL DOCUMENT <br><br> (ECF No. 60) |

This matter is before the Court on the parties' joint motion to extend the deadline to submit a dispositional document. (ECF No. 60). As grounds, the parties state that they are working on obtaining the remaining signatures for their settlement agreement and seek an extension to September 16, 2022, to file a dispositional document.

Finding good cause for an extension, IT IS ORDERED that the parties' joint motion to extend the deadline to submit a dispositional document (ECF No. 60) is granted. The parties shall file an appropriate dispositional document by no later than September 16, 2022.

IT IS SO ORDERED.

Dated: **September 8, 2022**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1