Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940

Talcott J. Franklin*
Texas Bar No. 24010629
Talcott Franklin P.C.
1920 McKinney Avenue, 7th Floor
Dallas, Texas 75201
(214) 642-9191

* admitted *pro hac vice*

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **Latana M. Chandavong**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Fresno Deputy Sheriff's Association**, et al., <br><br> Defendants. | Case No. 1:21-cv-00675-AWI-EPG <br><br> **Stipulated Judgment Of Dismissal With Prejudice And Without Costs** <br><br><br> Erica P. Grosjean <br> U.S. Magistrate Judge |

1    Based on the parties' stipulation below, and the Court being fully advised:

2    It is ORDERED and ADJUDGED that this action is dismissed with prejudice as to all

3  claims and without an award of costs, expenses or fees to any party.

4

5  Dated: _____

                   _____
                   ERICA P. GROSJEAN
                   UNITED STATES MAGISTRATE JUDGE

It is so stipulated:

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL*
*Counsel for Plaintiffs*
* admitted *pro hac vice*

 /s/ Gary M. Messing
GARY M. MESSING
*Counsel for Defendant*
*Fresno Deputy Sheriff's Association*

 /s/ Daniel C. Cederborg
DANIEL C. CEDERBORG
*Counsel for Defendant*
*County of Fresno*

Dated: September 16, 2022

# CERTIFICATE OF SERVICE

I certify that on September 16, 2022, I served this document through CM/ECF upon:

| | |
|---|---|
| GARY M. MESSING<br>JASON H. JASMINE<br>Messing Adam & Jasmine LLP<br>980 9th Street, Suite 380<br>Sacramento, California 95814<br>(916) 446-5297<br>gary@majlabor.com<br>jason@majlabor.com<br><br>*Counsel for Defendant*<br>*Fresno Deputy Sheriff's Association* | DANIEL C. CEDERBORG<br>County Counsel<br>County of Fresno<br>2220 Tulare Street, Room 500<br>Fresno, California 93721<br>(559) 600-3479<br>dcederborg@fresnocountyca.gov<br><br>*Counsel for Defendant Fresno County* |

                                                      /s/ Jonathan F. Mitchell
                                                    JONATHAN F. MITCHELL
                                                    *Counsel for Plaintiffs*