UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANA M. CHANDAVONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO DEPUTY SHERIFF'S ASSOCIATION, et al.<br><br>Defendants. | Case No. 1:21-cv-00675-AWI-EPG<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL<br><br>(ECF No. 62) |

On September 21, 2022, the parties filed a joint stipulation dismissing this action with prejudice and without an award of costs, expenses, or fees. (ECF No. 62). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs, expenses, or fees.

Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated: **September 22, 2022**              /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1